**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDERICK JONES, SR.,<br><br>         Plaintiffs,<br><br>   vs.<br><br>DARREN SWEENEY,<br><br>         Defendant.<br>_____/ | CASE NO. CV-F-04-6214 AWI DLB<br><br>ORDER GRANTING DEFENDANT'S MOTIONS TO COMPEL<br><br>[Docs. 52, 53] |

Plaintiff is proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against defendant Sweeney on plaintiff's amended complaint, filed November 24, 2004. Now pending before the Court are defendant's motions to compel, filed September 7, 2006 and November 1, 2006. Plaintiff filed no opposition or statement of no opposition to the motions.

I.   Discussion

The discovery phase of this litigation was opened by court order on June 29, 2006. On March 8, 2006, defendant served plaintiff with Interrogatories (Set No. 1) and a Request for Production (Set. No.1). Declaration of James J. Arendt, ¶ 2. No responses from plaintiff were received. *Id.* On June 16, 2006, counsel for defendant received a letter from plaintiff, stating that his address changed to the Merced County Jail. Declaration of James J. Arendt, ¶ 6. On September 5, 2006, defendant re-served

the written discovery. Declaration of James J. Arendt, ¶ 8. As of the date of filing this motion, defendant has not received responses to the discovery. Declaration of James J. Arendt, ¶ 9.

On June 21, 2006, defendant served plaintiff with a Request for Production of Documents (Set No. 2). Declaration of James J. Arendt, ¶ 2. When no responses were received, defense counsel sent a meet and confer letter to plaintiff on August 11, 2006. Declaration of James J. Arendt, ¶ 3. As of the filing of this motion, defendant has not received a response to the second request for production of documents. *Id*.

After reviewing the record, the Court finds that the discovery requests and the motions to compel were properly served on plaintiff. Despite this, plaintiff did not respond to either the requests or the motion to compel.

Accordingly, defendant's September 7, 2006 and November 1, 2006 motions to compel responses to written discovery are HEREBY GRANTED. Plaintiff shall serve responses, without objections, within twenty days from the date of service of this order. Within twenty days of this Order, plaintiff shall also file a response to defendant's request for sanctions in the total amount of $961.50 ($465.00 and $496.50). Plaintiff is expressly warned that the failure to serve responses in compliance with this order and failure to file a response to defendant's request for sanctions, will result in the imposition of sanctions deemed appropriate by this court.

IT IS SO ORDERED.

**Dated:   November 20, 2006**          **/s/ Dennis L. Beck**
3b142a                                                          UNITED STATES MAGISTRATE JUDGE