IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDERICK JONES, SR., | ) | 1: 04-CV-6214 AWI DLB |
| Plaintiff, | ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | ) ) | |
| DARREN SWEENEY, | ) ) | ORDER GRANTING IN PART AND DENYING IN PART MOTION TO STRIKE AFFIRMATIVE DEFENSES |
| Defendant. | ) ) | (Document #45) |

This is a civil rights action brought by Plaintiff Frederick Jones, Sr. After Defendant filed an answer, Plaintiff filed a motion to strike Defendant's affirmative defenses. On May 24, 2006, the Magistrate issued Findings and Recommendations that recommended the court grant Plaintiff's motion in part. The Findings and Recommendations gave notice that any party could file objections within ten days. No party filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. Having reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, the court ORDERS that:

1. The Findings and Recommendations entered on May 24, 2006 are ADOPTED IN FULL;

2. Plaintiff's motion to strike (Document #45) is GRANTED in part and DENIED in part as follows:

       a.      Plaintiff's motion to strike the First and Fourth through Ninth affirmative defenses is GRANTED; and

       b.      In all other respects, Plaintiff's motion to strike is DENIED.

IT IS SO ORDERED.

**Dated:**   **March 26, 2007**                             /s/ **Anthony W. Ishii**
0m8i78                                                    UNITED STATES DISTRICT JUDGE

2