IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JONES, SR., | 1:04cv6214 AWI DLB |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATION REGARDING DEFENDANT'S MOTION FOR TERMINATING SANCTIONS |
| | (Document 66) |
| DARREN SWEENEY, | |
| Defendant. | |
| _____/ | |

   Plaintiff is proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendant Sweeney on Plaintiff's amended complaint, filed November 24, 2004.  On August 22, 2007, Defendant filed a motion for sanctions in which he requests dismissal of this action and an award of monetary sanctions.  Plaintiff opposed the motion on September 11, 2007.  On October 16, 2007, the Honorable Anthony W. Ishii referred the motion to the undersigned for Findings and Recommendation.

   On October 25, 2007, the Court issued an order indicating that it would defer ruling on the motion for sanctions pending Plaintiff's responses to discovery.  As a final attempt to avoid

terminating sanctions, the Court ordered Plaintiff to respond to the discovery at issue and provide the Court with copies of his responses.

On December 27, 2007, Plaintiff filed copies of his responses to Defendant's Request for Production of Documents and Interrogatories. As Plaintiff has complied with the Court's October 25, 2007, order, the Court recommends that Defendant's motion for terminating sanctions be DENIED.

This Findings and Recommendation is submitted to the Honorable Anthony W. Ishii pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within thirty (30) days after being served with a copy of this Findings and Recommendation, any party may file written objections with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the Objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the Objections. The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the Order of the District Court. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **January 14, 2008**            /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE