1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FREDERICK JONES, SR.,                          )    1:04cv6214 AWI DLB
                                               )
                                               )
                      Plaintiff,               )    ORDER GRANTING DEFENDANT'S EX
                                               )    PARTE APPLICATION FOR MODIFICATION
       v.                                      )    OF SCHEDULING ORDER
                                               )
DARREN SWEENEY,                                )    (Document 77)
                                               )
                                               )
                                               )
                      Defendant.               )
_____)

       On December 28, 2007, Defendant Darren Sweeney filed an ex parte request to modify

the June 29, 2006, Scheduling Order.  Defendant seeks a unilateral extension of the discovery

cut-off and dispositive motion filing deadline.

       Good cause appearing, Defendant's request is GRANTED.  However, the extensions

shall apply to both Defendant *and* Plaintiff.  Discovery shall be completed and discovery motions

filed no later than **April 11, 2008**.  Dispositive motions shall be filed no later than **June 20,**

**2008**, and heard no later than **July 21, 2008.**

       IT IS SO ORDERED.

       **Dated:    January 14, 2008**                  _____/s/ **Dennis L. Beck**_____
                                                       UNITED STATES MAGISTRATE JUDGE

1