# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JONES, SR.,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>DARREN SWEENEY,<br><br>　　　　　　Defendant.<br>_____ / | 1:04cv6214 AWI DLB<br><br>ORDER ADOPTING FINDINGS AND<br>AND RECOMMENDATION<br><br>ORDER DENYING MOTION FOR<br>TERMINATING SANCTIONS<br><br>(Documents 66 and 79) |

Plaintiff is proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On January 15, 2008, the Magistrate Judge filed Findings and Recommendations that Defendant's motion for terminating sanctions be DENIED. The Findings and Recommendation were served on the parties and contained notice that any objections were to be filed within thirty (30) days. Neither party has filed objections to the Findings and Recommendations.

The court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 15, 2008, is adopted in full; and
2. Defendant's Motion for Terminating Sanctions is DENIED.

IT IS SO ORDERED.

**Dated:   February 28, 2008**　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE