IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JONES, SR., | 1:04cv6214 AWI DLB |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSES TO WRITTEN DISCOVERY AND MOTION FOR EXTENSION OF DEADLINES |
| vs. | (Document 82) |
| DARREN SWEENEY, | |
| Defendant. | |

    Plaintiff is proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendant Sweeney on Plaintiff's amended complaint, filed November 24, 2004. On March 19, 2008, Defendant filed a motion to compel further responses to discovery. Plaintiff did not file an opposition to the motion.

    Defendant moves to compel Plaintiff to provide further responses to his Request for Production of Documents Sets One and Two and Interrogatories Set One served on March 8, 2006 and June 21, 2006. Defendant contends Plaintiff has failed to provide full and complete responses to the written discovery after three motions and more than two years. Defendant therefore requests an

order requiring Plaintiff to respond to the written discovery as well as an award of monetary sanctions for attorney's fees.

The Court previously ordered Plaintiff to respond to the discovery by December 11, 2006. On January 3, 2007, after not having received Plaintiff's responses per the Court's order, Defendant filed a motion to dismiss. The Court denied the motion to dismiss, finding that Plaintiff's failure to comply with discovery was not willful and was due to his inability to access his legal materials in prison.

After Plaintiffs continued failure to respond to the discovery, Defendant filed another motion for terminating sanctions. The Court deferred ruling pending Plaintiff's responses which were ordered to be filed with the Court. Defendant received Plaintiff's responses on November 26, 2007. Defendant contends the responses were deficient. Defendant's counsel sent Plaintiff a letter on February 6, 2008 outlining the shortcomings. As of the filing of this motion on March 19, 2008, Defendant has not received a response to the letter from Plaintiff.

As to Defendant's Request for Production of Documents Set One (Request Nos. 1, 5, 6, 7, 8 and 9) and Set Two, Plaintiff did not produce any documents but indicated that documents were either in the Court's file or in the possession of his appellate attorney. Plaintiff is ordered to produce the documents within 30 days of this order or authorize release of the documents by his attorney to Defendant's counsel.

As to Defendant's Interrogatories (Interrogatory Nos. 1, 2, 5, 6, 7, 8, 9, 10, 11, 12, 13 15, 16, 17 and 18), Plaintiff failed to provide employment history (No. 1); dates of school attendance (No. 2); prior medical history (No. 5); information about damages (No. 6); identification of witnesses (Nos. 7, 8 and 10); description of claims against Defendant and supporting documents (Nos. 11, 12 and 13); factual basis of claims (Nos. 15 and 16); identification of the occupant in the car he was driving at the time of the incident (No. 17); and description of any alcohol or drugs (including medication) that Plaintiff used within 24 hours of the incident (No. 18). Plaintiff is hereby ordered to provide further responses to these interrogatories within 30 days of this order.

1    Based on the foregoing, Defendant's motion to compel further responses to written discovery
2 is HEREBY GRANTED in part as discussed herein.  Defendant's motion to extend the deadlines in
3 this case is GRANTED.   The discovery deadline is extended to August 30, 2008 and the dispositive
4 motion deadline is extended to September 30, 2008.

5    Although Plaintiff has been warned before of the consequences of his failure to respond to
6 discovery, **THE COURT AGAIN EXPRESSLY WARNS THAT IF HE FAILS TO PROVIDE**
7 **RESPONSES TO DEFENDANT'S DISCOVERY WITHIN THE TIME FRAME SET**
8 **FORTH ABOVE, FOR ANY REASON, THE COURT WILL GRANT DEFENDANT'S**
9 **MOTION FOR TERMINATING SANCTIONS**.

10   IT IS SO ORDERED.

11   Dated:   **June 6, 2008**           /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE