UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK JONES, SR., <br><br>             Plaintiff, <br><br>        v. <br><br> DARREN SWEENEY, <br><br>             Defendant. | CASE NO. 1:04-CV-6214 AWI DLB P <br><br> ORDER GRANTING EX PARTE APPLICATION FOR MODIFICATION OF SCHEDULING ORDER <br><br> (Doc. 107) |

   Plaintiff Frederick Jones Sr. ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action. On August 29, 2008, defendant filed an ex parte application for modification of the Scheduling Order. (Doc. 107).

   Good cause having been presented and good cause appearing, defendant's motion for modification of the Court's Scheduling Order is granted. The deadline for completing all discovery, including motions to compel shall be November 21, 2008 and the deadline for filing pre-trial dispositive motions is January 5, 2009.

   IT IS SO ORDERED.

**Dated:   September 26, 2008**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE