IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDERICK JONES, SR.,** | 1: 04-CV-6214 AWI DLB |
| Plaintiff, | ORDER DENYING MOTION TO DISMISS |
| v. | |
| **DARREN "HAP" SWEENEY**, | (Document #102) |
| **Defendant**. | |

This is a civil rights action brought by Plaintiff Frederick Jones, Sr. ("Plaintiff"), and this action is proceeding on the November 24, 2004 first amended complaint.  The first amended complaint concerns an incident that occurred on September 6, 2003 when Plaintiff alleges that Defendant Deputy Darren "Hap" Sweeny ("Defendant") subjected Plaintiff to an illegal seizure without probable cause.

On March 19, 2008, Defendant filed a motion to compel further responses to discovery. On June 16, 2008, the Magistrate Judge granted Defendant's motion to compel, and ordered Plaintiff to provide the documents and information within 30 days.

On June 30, 2008, Plaintiff filed objections to the Magistrate Judge's order granting Defendant's motion to compel, which the court construed as a motion for reconsideration by the assigned District Court Judge under Local Rule 72-303.

On July 30, 2008, Defendant filed a motion to dismiss for Plaintiff's failure to comply

with the June 16, 2008 order.

    Because Plaintiff had filed objections to the June 16, 2008 order, the court delayed ruling on Defendant's motion to dismiss until the objections had been resolved.  On August 21, 2008, the court denied Plaintiff's objections, which the court construed as a motion for reconsideration.  The court ordered Plaintiff to comply with the June 16, 2008 order within twenty days.

    On September 16, 2008, Defendant filed a declaration by Defendant's attorney in support of the motion to dismiss.  Defendant's attorney states under penalty of perjury that as of September 16, 2008, more than twenty days after the court's August 21, 2008 order, Plaintiff has still not provided responses to discovery in compliance with the court's orders.

    On October 2, 2008, Plaintiff filed a declaration in opposition to Defendant's September 16, 2008 declaration.  In his declaration, Plaintiff claims that he did comply with the discovery order.  Plaintiff provides a copy of a letter dated June 25, 2008 that is addressed to Defendant's attorney.  In this letter, Plaintiff gives further interrogatory responses.  In this letter, Plaintiff also states that he would provide releases for documents if Defendant's attorney made the releases more specific.  In his declaration, Plaintiff claims that he provided a copy of this letter to the court on June 25, 2008.  Plaintiff also claims that on August 3, 2008, Plaintiff filed a proof of service with the court concerning service of these documents.

    On October 6, 2008, Defendant's attorneys filed supplemental declarations.  In their declarations, Defendant's attorneys' concede that they did receive the June 25, 2008 letter. Defendant's attorneys' contend this letter was received with other documents sent by Plaintiff to Defendant's attorneys' office and the letter was mis-filed in Defendant's attorneys' office. Defendants' attorneys apologize for any inconvenience and state it was not their intention to mislead the court.   Defendants' attorney contends that it is no longer Defendant's position that Plaintiff has made no attempt to comply with the court's June 16, 2008 order.  However, Defendant states that he reserves the right to bring the issue of whether Plaintiff adequately responded to the discovery in a later motion.

1    Based on Defendant's admission that they did receive Plaintiff's June 25, 2008 letter,[1] the
2 court finds that dismissal for Plaintiff's failure to provide the additional discovery in any respect
3 is not warranted.   Defendant has conceded dismissal is not appropriate at this time.
4 Accordingly, the court ORDERS that Defendant's motion to dismiss is DENIED.
5 IT IS SO ORDERED.

6 **Dated:   October 22, 2008**               **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE

---

[1]   The court notes that Plaintiff contends that he provided the June 25, 2008 letter to the court as part of his objections.  These objections were dated June 25, 2008 and filed with the court on June 30, 2008.   The court has reviewed Plaintiff's objections, which the court construed as a motion for reconsideration, and the attached exhibits.  Nowhere in these documents is Plaintiff's June 25, 2008 letter.   As such, the court was not aware of the June 25, 208 letter when the court issued its order denying the objections, which were construed as a motion for reconsideration.  The court was first made aware of this letter in Plaintiff's October 2, 2008 declaration.

Plaintiff also contends that he provided a proof of service to the court of the June 25, 2008 letter on August 3, 2008.   This document is not in the court's docket, and the court was first made aware of this document in Plaintiff's October 2, 2008 declaration.

3