PETER J. HIRSIG (State Bar No. 197993)
WILLIAM L. McCASLIN (State Bar No. 249976)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
639 Kentucky Street, First Floor
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for
CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JONES, SR. ,<br><br>Plaintiff,<br><br>vs.<br><br>DARREN "HAP" SWEENEY,<br><br>Defendant. | Case No. CIV F-04-6214<br><br>**ORDER GRANTING MOTION**<br><br>Date:  June 6, 2008<br>Time:  9:00 a.m.<br>Dept:  9 |

CDCR, a non-party, filed a Motion to Quash a subpoena duces tecum propounded upon CDCR by defendant's attorney, James Arendt, Esq., dated February 14, 2008, and served on CDCR on or about March 21, 2008.  On June 6, 2008, the Motion was heard by this Court, and after full consideration of the Points and Authorities and all supporting documents submitted by counsel, as well as counsel's oral argument, and the other information in the record, and good cause appearing:

IT IS HEREBY ORDERED that CDCR's Motion to Quash is partially granted.  The Motion to Quash is denied as to the following documents: CDCR shall produce medical records of plaintiff FREDERICK JONES SR. in their possession that pertain to injuries or medical problems relating to the same or similar parts of plaintiff FREDERICK JONES SR.'s body that are claimed to have been injured in the instant case, including treatment after the initial injury.  As well, CDCR will produce any Rules Violations Reports (CDC 115s) in their possession

relating to plaintiff FREDERICK JONES SR.'s confrontations with correctional or other officers. As to any other documents requested through this subpoena, the Motion to Quash is granted. Discovery shall proceed pursuant to this ruling.

Dated:  November 18,  2008

By:      /s/ Dennis L. Beck    
UNITED STATES MAGISTRATE JUDGE