PETER J. HIRSIG (State Bar No. 197993)
WILLIAM L. McCASLIN (State Bar No. 249976)
McNamara, Dodge, Ney, Beatty, Slattery,
Pfalzer, Borges & Brothers LLP
639 Kentucky Street, First Floor
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for
CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JONES, SR. , | Case No. CIV F-04-6214 |
| Plaintiff, | **PROTECTIVE ORDER** |
| vs. | Date:  June 6, 2008<br>Time:  9:00 a.m. |
| DARREN "HAP" SWEENEY, | Dept:  9 |
| Defendant. | |

This proceeding was heard on June 6, 2008.

GOOD CAUSE APPEARING, THE COURT ORDERS

That any and all records that this Court orders produced by California Department of Corrections in the above-entitled matter are to be used only for the purpose of the subject litigation, and are to be viewed only by attorneys and their investigators/experts for the parties to this matter and/or the judge assigned to this case.  It is further ordered that the subject records are not to be disseminated to any person or entity, including any party to the case, other than to the attorneys for the parties to this case and the presiding judge.

DATED: __November 18, 2008___        _____/s/ Dennis L. Beck__
                                     UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] PROTECTIVE ORDER**

McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998